IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02469-EWN-PAC

LINDA K. SALYERS,

    Plaintiff(s),

v.

UNUM PROVIDENT CORPORATION, a foreign corporation, and
UNUM LIFE INSURANCE CORPORATION OF AMERICA, a foreign corporation,

    Defendant(s).

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Plaintiff's Unopposed Motion to Amend Complaint [filed February 13, 2006; Doc. No. 21] is **GRANTED** as follows:

    Plaintiff shall file her First Amended Complaint with the Court on or before **February 22, 2006.**

Dated:  February 15, 2006