IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02469-EWN-PAC

LINDA K. SALYERS,

    Plaintiff,

vs.

UNUMPROVIDENT CORPORATION, a foreign corporation and UNUM LIFE INSURANCE COMPANY OF AMERICA, a foreign corporation,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

Based upon the parties' Stipulated Motion for Dismissal With Prejudice, the Court hereby ORDERS that this action is dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

Dated: March 22, 2006.

BY THE COURT:

s/ Edward W. Nottingham
Edward W. Nottingham
United States District Judge